FILED IN CHAMBERS
THOMAS W. THRASH JR.
U.S.D.C. Atlanta

MAY 25 2006

LUTHER D. THOMAS, Clerk
By: _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JODY ALLEN SHEA, Inmate # 99204457, Plaintiff, | :: :: :: | CIVIL ACTION NO. 1:05-CV-2401-TWT |
| v. | :: :: | |
| BUTCH CONWAY, Sheriff, et al., Defendants. | :: :: | PRISONER CIVIL RIGHTS 42 U.S.C. § 1983 |

### ORDER AND OPINION

This Court takes judicial notice that it dismissed without prejudice Shea v. Herndon, Civil Action No. 1:05-CV-2574 (N.D. Ga. May 18, 2006), because the plaintiff in that case, who is the same person as Plaintiff herein, failed to keep the Court informed of his current address, causing an item of mail that the Clerk of Court had sent to him to be returned as undeliverable. [See id. Doc. 13.]

"The failure of counsel for a party or of a party proceeding pro se to keep the clerk's office informed of any change in address and/or telephone number which causes a delay or otherwise adversely affects the management of the case shall constitute grounds either for dismissal of the action without prejudice or for entry of a default judgment." N.D. Ga. R. 41.2(C). Plaintiff has failed to comply with Local Rule 41.2(C) by failing to keep the Clerk informed of his current address.

AO 72A
(Rev.8/82)

Accordingly, pursuant to Local Rule 41.2(C), ND. Ga., the Court hereby **DISMISSES** this action **WITHOUT PREJUDICE**.

**IT IS SO ORDERED** this _25_ day of _May_, 2006.

_____
THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE